IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARUF F. BAKAEV,<br><br>    *Petitioner*,<br><br>v.<br><br>DAVID O'NEILL, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; JAMAL L. JAMISON, Warden of Philadelphia Federal Detention Center,<br><br>    *Respondents*. | CIVIL ACTION<br><br>No. 2:26-cv-00063 |

**STIPULATION & ORDER**

Petitioner is non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on January 7, 2026 (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

The Court will decide the petition on the papers.

1

|  |  |
|---|---|
| Dated: January 7, 2026 | Respectfully submitted, |
|  | DAVID METCALF<br>United States Attorney |
| /s/ Christopher M. Casazza<br>CHRISTOPHER M. CASAZZA, ESQ.<br>Palladino, Isbell & Casazza, LLC<br>1528 Walnut St., Suite 1701<br>Philadelphia, PA 19102<br>Phone: (215) 576-9000<br>Email: chris@piclaw.com<br><br>*Counsel for Petitioner* | /s/ Isaac J. Jean-Pierre<br>ISAAC J. JEAN-PIERRE<br>Assistant United States Attorney<br>Eastern District of Pennsylvania<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Phone: (215) 861-8200<br>Email: isaac.jean-pierre@usdoj.gov<br><br>*Counsel for Respondents* |

BY THE COURT

Dated: 01/07/2026                  /s/ Gerald Austin McHugh
GERALD AUSTIN McHUGH
United States District Court Judge